### 21943. HILL v. McKINLEY, Warden.

Mobley, Justice. Where, as here, the only proper assignment of error is on an order of the trial court granting a continuance in a cause pending in that court, no question is presented for a decision by this court. *Cartter & Co. v. Rome & Carrollton Constr. Co.*, 89 Ga. 158 (3) (15 SE 36); See *Rivers v. Key*, 189 Ga. 832, 833 (2) (7 SE2d 732). Accordingly, the writ of error is hereby

*Dismissed. All the Justices concur.*

Argued February 11, 1963—Decided February 25, 1963.

*Hugh G. Head, Jr.,* for plaintiff in error.

*Dickson Adams, John E. Holliman, Eugene Cook, Attorney General, Earl Hickman, Assistant Attorney General,* contra.